## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:03cr105LAC

HOLLY OWEN MCMILLAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  APRIL 8, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 4/7/08   Doc.# 74

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)    Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) On October 14, 2003, the defendant entered a plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine.  At sentencing, the Court held the defendant accountable for 120 grams of methamphetamine.  Since Amendment 706 to the Sentencing Guidelines applies only to offenses involving cocaine base, the defendant is not eligible for any relief under this amendment.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.